```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zixiang Yao et al.,

                Plaintiffs,

-against-

Ken Cuccinelli et al.,

                Defendants.

1:20-cv-07315 (GBD) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      This case has been assigned to me for general pretrial management. (ECF No. 9.) The parties (or, if no defendant has appeared in the case, only the plaintiffs) shall appear for a Telephone Conference on Wednesday, October 28, 2020 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
             October 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge