```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zixiang Yao et al.,

                Plaintiffs,

-against-

Ken Cuccinelli et al.,

                Defendants.

1:20-cv-07315 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    As Plaintiffs failed to appear for today's telephone conference, it is hereby Ordered that, no later than Wednesday, November 4, 2020, Plaintiffs shall file a letter regarding the status of this action. Failure to comply with the Court's Orders may result in the imposition of sanctions, up to and including a recommendation to the District Judge that this case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED.**

DATED:    New York, New York
               October 28, 2020

                                                      */s/ Stewart D. Aaron*
                                                     STEWART D. AARON
                                                     United States Magistrate Judge