```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zixiang Yao et al.,

                Plaintiffs,

    -against-

Ken Cuccinelli et al.,

               Defendants.

1:20-cv-07315 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, during which only Plaintiffs appeared, it is hereby Ordered that no later than December 15, 2020, Plaintiffs shall file proof of service, along with copies of the executed summonses, in conformance with Federal Rule of Civil Procedure 4(i).

**SO ORDERED.**

DATED:    New York, New York
                December 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge