

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/3/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 3, 2021

VIA ECF
Hon. George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> Application GRANTED. Defendants shall respond to the Complaint no later than April 9, 2021. The initial conference scheduled for February 10, 2021 is adjourned to Thursday, April 22, 2021 at 11:00 a.m. before the undersigned. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
>
> Dated: February 3, 2021

Re:  *Yao, et al. v. Cuccinelli, et al.*, No. 20 Civ. 7315 (GBD) (SDA)

Dear Judge Daniels:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Applications to Register Permanent Residence or to Adjust Status (Forms I-485) and Refugee/Asylee Relative Petition (Form I-730).  The Court has scheduled an initial conference in this matter for February 10, 2021.  *See* ECF No. 2.  On behalf of the government, I write respectfully to request an on-consent extension of time of two months to respond to the complaint (*i.e.*, from February 9, 2021 to April 9, 2021) and a corresponding adjournment of the conference to a date at least one week after the complaint would be due (*i.e.*, on or after April 16, 2021).[1]

[partially obscured by stamp] ...lly requested because USCIS has scheduled interviews for [...]-485 and Form I-730 on February 9, 2021.  The government [...] nsion will provide adequate time for USCIS to conduct the [...] what next steps may be necessary with respect to plaintiffs' [...] ed to take adjudicative action, which potentially would render this action moot.  This is the government's first request to extend its deadline to respond to the complaint and adjourn the initial conference.  Plaintiffs' counsel consents to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *s/ Michael J. Byars*
     MICHAEL J. BYARS
     Assistant United States Attorney
     Telephone:  (212) 637-2793
     Facsimile:  (212) 637-2786
     E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

---

[1] The response due date of February 9, 2021 is based on service by mailing on December 8, 2020, and previously had been improperly calculated as February 8, 2021.